UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

HO LONG LE,

     Petitioner,

v.                                                                  No. 1:26-CV-220-H

TODD BLANCHE, et al.,

     Respondents.

## ORDER

Before the Court is Elizabeth Eckholm's application for admission pro hac vice. Dkt. No. 2. The application requires "an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas)." *Id.* at 2. Instead of attaching a certificate from her licensing authority, Eckholm attached a certificate from the United States District Court for the District of Minnesota. *See* Dkt. No. 2-1. Eckholm's application is therefore deficient.

Eckholm is ordered to file a compliant pro hac vice application within seven days of this Order to continue representation in this action.

So ordered on May 6, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE